UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

www.flmb.uscourts.com

**FILED**

NOV 15 2018

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

In re:                                                                                   Case No. 6: 18-bk-05944-CCJ

Bonnie K Kurowski-Alicea                                             Chapter 7

Thomas A Alicea

Debtor

### AMENDED ORDER

### MOTION TO REINSTATE CASE

The debtors have been working diligently to re-instate the case and move it forward. The last filing was complete with the current mailing matrix attached from the clerk, however, when it went to the Judge, it appears that the matrix was not attached to the new filing. Whereas, the debtors are attempting to file this again.

In accordance with local rule 9013-1 €, this notice should remedy the deficiency and the case can proceed. *The debtors are also Requesting to extend the automatic stays (see additional docs)*

Attached:

1. Matrix supplied by clerk
2. ~~Copy of the letter that went to the creditors~~ *not required per clerk*
3. Certification of service

Thank you.

*B.K. Alicea*    11-15-18

*T.A. Alicea*    11-15-18

# United States Bankruptcy Court

Middle District of Florida

In re Bonnie Kulawski-Alicea   Case No. 18-05944

Thomas A. Alicea   Chapter 7
Debtor(s)

Phone No. 630-300-8141
Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):   0529, 8846
Employer Tax-Identification (EIN) No(s). (if any) _____

## Certificate of Service

I/We Bonnie + Thomas Alicea do hereby swear under penalty of perjury that on 10-31-2018, a true and correct copy of Motion to Re-instate and on 11-7-2018 amended motion to reinstate _____ was/were served to the following Parties: ☑ all   ☐

| Name | Address | Delivery Method |
|---|---|---|
| all included on matrix attached. | | ☑ U.S. Mail ☐ Certified Mail ☐ Other |

Signature(s) /s/ B.L. Alicea
/s/ T.A. Alicea

Date 11-7-2018

(6/1/11)

Label Matrix for local noticing
113A-6
Case 6:18-bk-05944-CCJ
Middle District of Florida
Orlando
Thu Nov 15 12:55:45 EST 2018

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Santander Consumer USA Inc., dba Chrysler Ca
c/o Stewart, Zlimen & Jungers, Ltd.
2860 Patton Road
Roseville, MN 55113-1100

AMERICAN PROFIT RECOVERY
24505 W 12 MILE RD STE 333
FARMINGTON HILLS WI 48331

AMERICAN WEB LOAN
2128 NORTH 14TH ST #1 BOX 130
PONCA CITY OK 74601-1831

ARM SOLUTIONS
1224 WINTER GARDEN VINELAND RD STE 112
WINTER GARDEN FL 34787-4450

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

CAPITAL ONE
PO BOX 60599
CITY OF INDUSTRY CA 91716-0599

CARE CREDIT
PO BOX 960061
ORLANDO FL 32896-0061

CHASE PRIME
PO BOX 1423
CHARLOTTE NC 28201-1423

CHRYSLER FINANCIAL
PO BOX 660335
DALLAS TX 75266-0335

ED FINANCIAL
PO BOX 36008
KNOXVILLE TN 37930-6008

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

HARRIS & HARRIS
111 W JACKSON BLVD STE 400
CHICAGO IL 60604-4135

IRS
PO BOX 931000
LOUISVILLE KY 40293-1000

KANES
PO BOX 960061
ORLANDO FL 32896-0061

Lake County Tax Collector
Attn: Bob McKee
Post Office Box 327
Tavares FL 32778-0327

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MAYO CLINIC
4500 SAN PABLO RD
JACKSONVILLE FL 32224-3899

MERIT FINANCIAL TRUST
PO BOX 204
BATESLAND SD 57716-0204

MR COOPER
PO BOX 60516
CITY OF INDUSTRY CA 91716-0516

NAVIENT
PO BOX 9500
WILKES BARRE PA 18773-9500

NAVY FEDERAL
PO BOX 3000
MERRIVILLE VA 22119

PEP BOYS
PO BOX 960061
ORLANDO FL 32896-0061

RADIANT CASH
PO BOX 1183
LAC DU FLAMBOANE WI 54538-1183

RIVER LINK
103 QUARTERMASTER CT
JEFFERSONVILLE NC 47130-3627

ROOMS 2 GO
PO BOX 960061
ORLANDO FL 32896-0061

SMILE DESIGN
810 W DESOTO ST
CLERMONT FL 34711-2110

United States Trustee - ORL7/13
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

| | | |
|---|---|---|
| VERNA LAW<br>80 THEODORE FREMA AVE<br>RYE NY 10580-2891 | ZALES<br>PO BOX 659819<br>SAN ANTONIO TX 78265-9119 | Bonnie K Kurowski-Alicea<br>3033 Santa Maria Ave<br>Clermont, FL 34715-8024 |
| Carla P Musselman<br>1619 Druid Road<br>Maitland, FL 32751-4211 | Thomas Anthony Alicea<br>3033 Santa Maria Ave<br>Clermont, FL 34715-8024 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BEST BUY<br>PO BOX 78009<br>PHOENIX AZ 85062 | M&T BANK<br>PO BOX 64679<br>BALTIMORE M 21264 | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients     0<br>Total                   34 |